```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                    HARRISON DIVISION
```

**FRANCES BRITT**                                                      **PLAINTIFF**

        v.        Civil No. 05-3055

**WYETH d/b/a WYETH, INC.;**
**WYETH PHARMACEUTICALS, INC.;**
**GREENSTONE LTD; PHARMACIA &**
**UPJOHN COMPANY, LLC; and**
**PFIZER, INC.**                                                        **DEFENDANTS**

### O R D E R

Now on this 2nd day of February, 2012, come on for consideration three Stipulations (documents #48, #49, and #50) filed by the parties. Pursuant to those Stipulations, the Court finds and orders as follows:

1. Pursuant to **Stipulation** (document #48), plaintiff's claim for design defect is **dismissed with prejudice**, each party to bear its own costs, and defendants' **Motion For Partial Summary Judgment Re Design Defect Claim** (document #36) is **withdrawn**.

2. Pursuant to **Stipulation** (document #49), plaintiff's claim for breach of implied warranty is **dismissed with prejudice** each party to bear its own costs, and defendants' **Motion For Partial Summary Judgment Re Breach Of Warranty Claim** (document #30) is **withdrawn**.

3. Pursuant to **Stipulation** (document #50), all of plaintiff's claims against separate defendants Pfizer Inc. and Greenstone, Ltd., are **dismissed with prejudice**, each party to bear

its own costs, and **Defendants Pfizer Inc. And Greenstone, LTD.'s Motion For Partial Summary Judgment On Grounds That They Did Not Manufacture Or Sell Provera Or Generic MPA Ingested By Plaintiff** (document #39) is **withdrawn.**

    **IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren  
                                            **JIMM LARRY HENDREN**  
                                            **UNITED STATES DISTRICT JUDGE**